# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MELISSA HOLLAND, | : | Case No. 3:24-cv-146 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| WASHINGTON TOWNSHIP, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court upon the parties' oral request to stay the dates and deadlines in the Preliminary Pretrial Conference Order (as amended by the March 3, 2025 Notation Order). Specifically, during the July 17, 2025 Discovery Teleconference, the parties requested that the Court stay this matter pending settlement discussions and mediation. For good cause shown, the parties' oral request is **GRANTED**. This matter is hereby **STAYED**. The parties shall file a joint status report within sixty days, notifying the Court if the case has settled. If the case has not settled, the parties shall include proposed dates and deadlines in their status report.

**IT IS SO ORDERED.**

July 24, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge